UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**26-CR-20031-BLOOM/ELFENBEIN**
CASE NO. _____

UNITED STATES OF AMERICA

vs.

T.H., a minor,

**Defendant.**

FILED BY_____ **BM** _____D.C.

**Feb 2, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

_____/

## ORDER REGARDING DETENTION OF A JUVENILE DEFENDANT

THIS CAUSE is before the Court, and pursuant to the provisions of Title 18, United States Code, Section 5035, this Court being fully advised, it is hereby:

**ORDERED AND ADJUDGED** that the United States Marshals Service shall process T.H., a minor, for detention after arrest at the Juvenile Assessment Center, located at 275 Northwest 2nd Street, Miami, Florida, and shall detain T.H., a minor, at the Florida Department of Juvenile Justice's Regional Detention Center, located at 3300 Northwest 27th Avenue, Miami, Florida, during the pendency of the above-captioned criminal matter as a matter in juvenile status, including prior to any pretrial detention hearing.

**IT IS FURTHER ORDERED AND ADJUDGED** that the United States Marshals Service shall not allow T.H., a minor, to be detained or confined during the pendency of the above-captioned matter in a facility in which the juvenile has regular contact with adult persons convicted or a crime or awaiting trial on criminal charges.

**IT IS FURTHER ORDERED AND ADJUDGED** that, insofar as possible, the United

States Marshals Service shall ensure that T.H., a minor, is kept separate from adjudicated delinquents.

**IT IS FUTHER ORDERED AND ADJUDGED** that the United States Marshals Service shall ensure that, while detained, T.H., a minor, is provided with adequate food, heat, light, sanitary facilities, bedding, clothing, recreation, education, and medical care, including necessary psychiatric, psychological, or other care and treatment.

**IT IS FUTHER ORDERED AND ADJUDGED** that the United States Marshals Service shall be present and shall participate in, all transfers of T.H. between any state facilities or any transfer from a state facility to a federal facitility.

**IT IS FUTHER ORDERED AND ADJUDGED** that the arrest warrant signed in the above-captioned matter and this Order shall be an administrative hold upon T.H., a minor, for purposes of the processing and detention of T.H. while in facilities named above.

**DONE AND ORDERED** in chambers at Miami, Florida, this 2d day of February 2026.

_____
HONORABLE EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE