# MINUTE ORDER

Page 1

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**          Date: 2/3/26          Time: 1:00 p.m.

Defendant: T.H a Minor                J#: 39616-512      Case #: 26-CR-20031-BLOOM(SEALED)

AUSA: Alejandra Lopez                          Attorney: AFPD, Evan Kuhl

Violation: Murder in the First Degree. Aggravated Sexual Abuse.          Surr/Arrest Date:      YOB: 2009

Proceeding: Initial Appearance                          CJA Appt:

Bond/PTD Held: ○        ○          Recommended Bond: TEMP-Pretrial Detention

Bond Set at:                          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

| Disposition: |
| --- |
| Defendant advised of rights and charges. |
| Case to remained SEALED until further notice. |
| AFPD Appointed. |
| Government seeks Pretrial Detention. |
| Government Ore Tenus Request for Pretrial Hearing-GRANTED. |
| Parties agreed to release defendants to the custody of Uncle Devon Ziske. |
| Court Ordered Defendant released. |
| Defendant Arraigned. |
| Defendant Ore Tenus Request for Standing Discovery Order-GRANTED. |
| BRADY ORDER GIVEN. |

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel:

**PTD**/Bond Hearing: 02/06/2026          10:00 AM          Duty Magistrate Judge          Miami

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 13:05:14                          Time in Court: 16 Mins

s/Edwin G. Torres                          Magistrate Judge