# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 26-CR-20031-BLOOM/ELFENBEIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

T.H., a minor,

      Defendant.

_____/

## ORDER

THIS CAUSE is before the Court regarding the minor's release status, and pursuant to the requirements of Title 18, United States Code, Section 5043, it is hereby:

IT IS ORDERED AND GRANTED that the minor, T.H., shall be released to the custody of his uncle, Devon Ziske, who resides in Brooksville, Florida, until the date of the pretrial detention hearing in this matter, scheduled for Friday, February 6, 2026, at 10:00 A.M (the "Hearing").

IT IS FURTHER ORDERED AND ADJUDGED that Devon Ziske will cause the minor, T.H., to appear before this Court at the Hearing, on the date and time noted above.

**DONE AND ORDERED** at Miami, Florida this 3rd day of February, 2026.

EDWIN G. TORRES
United States Magistrate Judge