**Sealed**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.   26-20031-CR-BLOOM

FILED BY _____ D.C.

FEB 04 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TIMOTHY HUDSON,

      Defendant.

_____/

## DEFENDANT'S MOTION TO FILE UNDER SEAL

The Defendant Timothy Hudson, by and through undersigned counsel hereby moves this Honorable Court to file the attached Sealed Motion for Appearance of Counsel and Defendant's Invocation of Right to Silence and Counsel under seal.

      Respectfully submitted,

      HECTOR A. DOPICO
      FEDERAL PUBLIC DEFENDER



By: _____
      Evan L. Kuhl
      Assistant Federal Public Defender
      Florida Bar No. 1025143
      150 West Flagler Street, Suite 1700
      Miami, Florida 33130
      Tel: 305-530-7000/305-536-4559(Fax)
      evan_kuhl@fd.org



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **February 4, 2026**, a copy of the

foregoing was e-mailed to: Alejandra.Lopez@usdoj.gov


_____
Evan Kuhl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   26-20031-CR-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY HUDSON,

    Defendant.

_____/

## ORDER ON DEFENDANT'S MOTION TO FILE UNDER SEAL

**THIS CAUSE** came before the Court upon the defendant's Motion to File under Seal and being fully advised in the premises, it is

**ORDERED and ADJUDGED** that the motion to file document under seal is GRANTED.

**DONE AND ORDERED** at Miami, Florida this _____ day of _____2026.

_____
BETH BLOOM
UNITED STATES DISTRICT COURT JUDGE