UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-20031-CR-BLOOM/ELFENBEIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

T.H., a minor,

        Defendant.

_____/

## MOTION TO SEAL

Defendant, T.H., a minor, hereby moves this Honorable Court to seal

Defendant's Notice of Appearance until case is unsealed.

Respectfully Submitted,

HECTOR A. DOPICO
Federal Public Defender

By: _____
    Eric M. Cohen
    Assistant Federal Public Defender
    Florida Bar No. 328065
    150 W. Flagler Street, Suite 1700
    Miami, Florida 33130-1556
    Tel: (305) 530-7000
    Email: Eric_Cohen@fd.org



## CERTIFICATE OF SERVICE

I hereby certify that on **February 5, 2026**, the foregoing was e-mailed to:

**Alejandra L. Lopez**
Assistant U.S. Attorney
99 NE 4th Street
Miami, FL 33132
305-961-9241
Email: Alejandra.Lopez@usdoj.gov

By: _____
Eric M. Cohen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-20031-CR-BLOOM/ELFENBEIN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

T.H., a minor,

     Defendant.

_____/

## ORDER GRANTING MOTION TO SEAL

**THIS MATTER** is before the Court upon Defendant's Motion to Seal. It is hereby

**ORDERED** that the motion to file under seal is **GRANTED**.   Accordingly, the proposed sealed document is hereby **SEALED**.   The filing shall remain sealed until the conclusion of this case.

**DONE AND ORDERED** at Miami, Florida, this _____ day of February, 2026

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

CC: Counsel of Record