UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-20031-CR-BLOOM/ELFENBEIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

T.H., a minor,

      Defendant.

_____/

__ SEALED

__ NOT SEALED

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
_____ years: _____ (specific date);
_____ permanently; _____ (other).

## ORDER GRANTING MOTION TO SEAL

**THIS MATTER** is before the Court upon Defendant's Motion to Seal. It is hereby

**ORDERED** that the motion to file under seal is **GRANTED**.   Accordingly, the proposed sealed document is hereby **SEALED**.   The filing shall remain sealed until the conclusion of this case.

**DONE AND ORDERED** at Miami, Florida, this ___6___ day of February, 2026

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

CC: Counsel of Record

