# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**SEALED**

### CASE NO. <u>26-CR-20031-BLOOM/ELFENBEIN</u>

**UNITED STATES OF AMERICA**

**vs.**

**T.H., a minor,**

       **Defendant.**

FILED BY ____ D.C.

FEB 10 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF

_____/

## <u>MOTION TO SEAL</u>

The United States of America, by and through its undersigned attorney, comes now and respectfully requests that the Government's Unopposed Motion for a Protective Order Authorizing and Regulating Disclosure of Sensitive Information in Discovery and any resulting Order, this motion, and any resulting Order, be SEALED until further order of the Court or the transfer of this matter to adult status, as required under the provisions of the Juvenile Delinquency Act, 18 U.S.C. § 5038(c), excepting all entities and persons entitled to disclosure pursuant to 18 U.S.C. §§ 5038(a)(1-6) and (c).   The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

                                        Respectfully submitted,

                                        JASON A. REDING QUIÑONES
                                        UNITED STATES ATTORNEY

By: _____
                          Alejandra L. López
                          Assistant United States Attorney



Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2026, I conventionally filed the foregoing document with the Clerk of the Court, and served the same via email on AFPDs Eric Cohen, Abigail Becker, and Evan Kuhl, counsel for T.H.

Alejandra L. López
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>26-CR-20031-BLOOM/ELFENBEIN</u>      SEALED

UNITED STATES OF AMERICA

vs.

T.H., a minor,

**Defendant.**

_____/

**SEALING ORDER**

> __ SEALED
>
> __ NOT SEALED

> Per Local Rule 5.4(d). the matter(s)
> shall remain sealed.
> _____ years:_____ (specific date);
> _____ permanently: _____ (other).

      THIS CAUSE is before the Court on the Government's Motion to Seal.   Being fully advised, it is hereby:

      **ORDERED AND ADJUDGED** that the motion is GRANTED and the following be SEALED until further Order of the Court, or until the transfer of this matter to adult status, with the exception that the documents listed below may be provided to the entities and persons entitled to disclosure as provided for in 18 U.S.C. §§ 5038(a)(1-6) and (c).

1. Motion to Seal;
2. Government's Unopposed Motion for a Protective Order Authorizing and Regulating Disclosure of Sensitive Information in Discovery;
3. Protective Order Authorizing and Regulating Disclosure of Sensitive Information in Discovery;

and

4. This Order.

      **DONE AND ORDERED** in chambers at Miami, Florida, this _____ day of February 2026.

_____

HONORABLE BETH BLOOM
UNITED STATES DISTRICT JUDGE