## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 26-CR-20031-BLOOM/ELFENBEIN

UNITED STATES OF AMERICA

    v.

T.H., a minor,

    **Defendant.**

_____/

## SEALED PROTECTIVE ORDER AUTHORIZING AND REGULATING DISCLOSURE OF SENSITIVE INFORMATION IN DISCOVERY

THIS CAUSE is before the Court upon the United States of America's Motion for a Protective Order authorizing and regulating disclosure of sensitive information, ECF No. [26]. The Court having been advised of the applicability of provisions to the above captioned matter and finding good cause, it is:

**ORDERED AND ADJUDGED** that the Motion is GRANTED. The United States is authorized to disclose the Sensitive Information described in the motion in its possession that the United States believes necessary to comply with the discovery obligations imposed by this Court.

The United States shall mark that portion of the discovery that includes Sensitive Information as "Confidential".

Counsel of record for the Defendants in this proceeding shall hold the Confidential portion of the discovery in strict confidence. Therefore, defense counsel shall restrict access to the discovery marked as Confidential to their client, staff, investigators, and witnesses only to the extent defense counsel believes is necessary to assist in the defense of this matter and in a manner that will prohibit the disclosure of this discovery to others not involved in the defense.

1

CASE NO.  26-CR-20031-BLOOM/ELFENBEIN

Counsel of record for the Defendants shall advise any person to whom the Confidential portion of the discovery is disclosed that such information shall be held in strict confidence, and that further disclosure or dissemination is prohibited without defense counsel's express consent; and

Counsel of record for the Defendants agree that, upon conclusion of the above captioned case,[1] copies of the Confidential portion of the discovery disclosed to defense counsel pursuant to the terms of this Order shall be destroyed or returned to the government.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 10, 2026.

_____

BETH BLOOM
**UNITED STATES DISTRICT JUDGE**

cc:    Alejandra L. López, AUSA
Eric Cohen, AFPD
Abigail Becker, AFPD
Evan Kuhl, AFPD

---

[1] This shall mean the period at the conclusion of any appellate and Section 2255 proceedings; if any, or upon expiration of the deadline for filing appellate or Section 2255 proceedings.