**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  26-CR-20031-BLOOM/ELFENBEIN**

**UNITED STATES OF AMERICA**

> **v.**

**T.H., a minor,**

> **Defendant.**
_____/

## ORDER TRANSFERRING CASE TO ADULT PROSECUTION

The United States, having filed an unopposed Motion to Transfer Case to Adult Status, ECF No. 33,  and the Defendant, T.H., a minor, (the "Minor") having made a request in writing and with the advice of counsel, to have this matter transferred to adult status, [ECF No. 33], and this Court having been advised by the parties, finds:

The Minor is accused of having committed the offenses alleged against him by the United States after the age of 15 years, which, had they been committed by an adult would be felonies that are crimes of violence; and

The Minor, having had the advice of his attorneys, understands the United States' request to transfer this matter to adult status and understands his right to a Section 5032 adult transfer hearing, where the United States would have the burden of proof to show this Court why this matter should be transferred to adult status; and, therefore, the Minor has made a knowing and voluntarily written request to have this matter transferred to adult prosecution.

Consequently, this Court finds that it is in the interests of justice to transfer this matter to adult prosecution, and therefore:

**IT IS ORDERED AND ADJUDGED** that this matter shall not transfer to adult prosecution until either any prior juvenile court records of the Minor has been received by the Court, or the clerk of the juvenile court has certified in writing that the Minor has no prior record, or that the Minor's record is unavailable and why it is unavailable;

Upon receipt of the Court of the Minor's prior juvenile record, or the appropriate certification from the clerk of juvenile court, as outlined above, that this matter be transferred to adult prosecution; and

Upon this matter's transfer to adult prosecution, the record in this matter (including all filings and the Court's electronic docket) be unsealed.

**DONE AND ORDERED** in Chambers, at Miami-Dade, Florida, on February 26, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    Alejandra L. López, AUSA
       Eric Cohen, AFPD
       Abigail Becker, AFPD
       Evan Kuhl, AFPD