UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  <u>26-CR-20031-BLOOM/ELFENBEIN(s)</u>
18 U.S.C. § 1111(a)
18 U.S.C. § 2241(a)(1)

UNITED STATES OF AMERICA

vs.

T.H., a minor,

Defendant.

_____/

FILED BY_____BM_____D.C.

Mar 10, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Murder
### (18 U.S.C. § 1111(a))

On or about November 6, 2025, within the special maritime and territorial jurisdiction of the United States, upon the high seas and out of the jurisdiction of any particular State or district, with Miami-Dade County, in the Southern District of Florida, being the district in which the offender was arrested, the defendant,

**T.H., a minor,**

did knowingly and unlawfully perpetrate, and attempt to perpetrate, a murder, that is, (1) the willful, deliberate, malicious, and premeditated killing of A.K. with malice aforethought, and (2) the unlawful killing of A.K. during the perpetration of, or attempt to perpetrate, an aggravated sexual abuse, in violation of Title 18, United States Code, Sections 1111(a) and 7.

## COUNT 2
### Aggravated Sexual Abuse
### (18 U.S.C. § 2241(a)(1))

On or about November 6, 2025, within the special maritime and territorial jurisdiction of the United States, upon the high seas and out of the jurisdiction of any particular State or district, with Miami-Dade County, in the Southern District of Florida, being the district in which the offender was arrested, the defendant,

**T.H., a minor,**

did knowingly cause, and attempt to cause, a person, that is, A.K., to engage in a sexual act, that is, by causing contact between his penis and A.K's vulva by vaginally penetrating A.K. with his penis, and did so by the use of force against A.K., in violation of Title 18, United States Code, Sections 2241(a)(1) and 7.

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

ALEJANDRA L. LÓPEZ
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **T.H., a minor**

**Case No:**   **26-CR-20031-Bloom/Elfenbein(s)**

Count #:1

Murder in the First Degree

Title 18, United States Code, Section 1111(a)

* **Max. Term of Imprisonment:** Life imprisonment
* **Mandatory Min. Term of Imprisonment:** N/A
* **Max. Term of Supervised Release:** 5 years
* **Mandatory Min. Term of Supervised Release:** N/A
* **Max. Fine:** 250,000

Count #:2

Aggravated Sexual Abuse

Title 18, United States Code, Section 2241(a)(1)

* **Max. Term of Imprisonment:** Life imprisonment
* **Mandatory Min. Term of Imprisonment:** N/A
* **Max. Term of Supervised Release:** 5 years
* **Mandatory Min. Term of Supervised Release:** N/A
* **Max. Fine:** $250,000.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: 26-CR-20031-Bloom/Elfenbein(s)

v.

T.H., a minor

**CERTIFICATE OF TRIAL ATTORNEY**

_____ /
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants ___0___
Total number of new counts ___0___

**Court Division** (select one)
- [✓] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take ___7___ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [ ] 0 to 5 days
   - II [✓] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [✓] Felony

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Beth Bloom                Case No. 26-CR-20031-Bloom/Elfenbein
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No._____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No._____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
ALEJANDRA L. LOPEZ
Assistant United States Attorney
FL Bar No.          37132