

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## CASE NO. <u>26-CR-20031-BLOOM/ELFENBEIN</u>

**UNITED STATES OF AMERICA**

**vs.**

**T.H., a minor,**

      **Defendant.**

FILED BY_____ D.C.

MAR 10 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned attorney, comes now and respectfully requests that Certifications A and B, this motion, and any resulting Order, be SEALED until further order of the Court, as the docket on this matter is sealed, and as required under Federal Rule of Criminal Procedure 49.1 and Southern District of Florida Local Rules 77.2(c)(1) and (f), as said documents contain information regarding a minor's prior record and are also protected from disclosure under Florida Statute 985.05(2), excepting the United States Attorney's Office and counsel for the Defendant. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
Alejandra L. López
Assistant United States Attorney

Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2026, I conventionally filed the foregoing document with the Clerk of the Court, and served the same via email on AFPDs Eric Cohen, Abigail Becker, and Evan Kuhl, counsel for the Defendant.

_____
Alejandra L. López,
Assistant United States Attorney