**Sealed**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 26-CR-20031-BLOOM/ELFENBEIN(s)

UNITED STATES OF AMERICA

v.

T.H., a minor,

        Defendant.

_____/

FILED BY _____ D.C.

MAR 17 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION FOR HEARING TO FINALIZE TRANSFER TO ADULT PROSECUTION AND UNSEALING OF THE COURT RECORD

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files the instant motion (the "Motion") as to T.H. (the "Defendant"), and respectfully requests a hearing to finalize the transfer of this matter to adult prosecution and the unsealing of the court record, pursuant to the provisions of Title 18, United States Code, Sections 5032 and 5038, and this Court's February 26, 2026 Order Transferring Case to Adult Prosecution (the "Transfer Order").[1] In support of its Motion, the United States avers as follows:

### RELEVANT FACTUAL BACKGROUND

1. On or about November 7, 2025, A.K., an 18-year-old female from Titusville, Florida, was found deceased in the cabin she shared with the Defendant (her stepsibling) and her half-sibling on a Carnival Cruise Lines' ship, *Horizon of the Seas*, while the ship was on the high seas en route to Miami, Florida. The subsequent investigation of A.K.'s death resulted in the instant

---

[1] As this matter's docket is still sealed and inaccessible through electronic systems, as required by the provisions of 18 U.S.C. § 5038, the Government cannot access the docket to cite to the electronic court filing ("ECF") numbers for each relevant pleading or entry discussed in the Motion.

prosecution against the Defendant, a 16-year-old male.

2.  Pursuant to the provisions of the Juvenile Delinquency Act, 18 U.S.C. § 5031 *et.* *seq.*, ("JDA"), the United States Attorney for the Southern District of Florida first filed an Information on February 2, 2026, making allegations against the Defendant for one (1) count of Murder in the First Degree, in violation of 18 U.S.C. § 1111(a) (Count 1), and one (1) count of Aggravated Sexual Abuse, in violation of 18 U.S.C. § 2241(a)(1) (Count 2).

3.  On February 3, 2026, the Defendant surrendered himself at the United States Attorney's Office in Miami, Florida, and was officially arrested. On the same day, the Defendant had his initial appearance on the Information before Magistrate Judge Torres and also pled not guilty to the allegations contained in the Information.

4.  Additionally, on February 6, 2026, a detention hearing was held, pursuant to 18 U.S.C. § 5034, upon the Government's request the Defendant be detained for dangerousness (the "February 6, 2026 detention hearing"). The Defendant requested the magistrate court also conduct a probable cause hearing. After an hours-long hearing, Magistrate Judge Torres found there was probable cause for the alleged charges and released the Defendant to the custody of a family member with various conditions.[2]

5.  On February 26, 2026, this Court entered an Order transferring this case to adult prosecution upon motion of the Government and a written request of the Defendant (the "Transfer Order").

---

[2] The Defendant was not released on any type of bond. The magistrate court released the Defendant pursuant to the instant Release Order, imposing a series of conditions on the Defendant as a part of the Order.

6.      Pursuant to the Transfer Order and 18 U.S.C. § 5032, the United States filed certifications from the juvenile clerk of courts of Miami-Dade and Brevard Counties on March 10, 2026.

7.      Furthermore, on March 10, 2026—12 days after the Court's Transfer Order—a federal grand jury in the Southern District of Florida issued a Superseding Indictment charging the Defendant with one count of Murder in the First Degree, in violation of 18 U.S.C. § 1111(a) (Count 1), and one count of Aggravated Sexual Abuse, in violation of 18 U.S.C. § 2241(a)(1) (Count 2).

8.      On March 17, 2026—as the case had not transferred to adult prosecution or been unsealed—the undersigned United States Attorney spoke to a representative of Office of the Clerk of Courts who indicated that, despite the Transfer Order, the instant Motion was needed to set a hearing to finalize the transfer of this matter to adult prosecution and to unseal the court record. Accordingly, the United States now files the instant Motion.

## THE GOVERNMENT'S REQUEST

The Government therefore respectfully requests this Court order a hearing before a United States Magistrate Judge to: (a) finalize the transfer of this matter to adult prosecution, pursuant to 18 U.S.C. § 5032 and the Transfer Order, and (b) to unseal the court record in this matter, pursuant to 18 U.S.C. §§ 5032, 5038 and the Transfer Order.[3]

## CONFERRAL WITH DEFENSE COUNSEL

In accordance with Local Rule 88.9, the Government has conferred with opposing counsel about this Motion, Assistant Public Defenders Eric Cohen, Abigail Becker, and Even Kuhl, and

---

[3] Under Section 5038, the entire court record be unsealed except for Certifications A and B, which filed on March 10, 2026 with the Court, and whose unsealing is not subject to the adult transfer.

3

they have no objection to the Motion.

## THE PARTIES' POSITION ON THE DEFENDANT'S PRESENCE AT THE HEARING

The parties agree that the hearing requested is not a critical stage of the proceedings and, therefore, agree the Defendant does not need to be present for said hearing.

## CONCLUSION

WHEREFORE, the Government respectfully requests that the Court grant the instant Motion and set a hearing on this Motion.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY:  /s/ Alejandra L. López
Alejandra L. López
Assistant United States Attorney
Florida Bar No. 37132
99 N. E. 4th Street
Miami, Florida 33132-2111
Telephone: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2026, I conventionally filed the foregoing document with the Clerk of the Court, and that the same was served on counsel for the Minor, AFPDs Eric Cohen, Abigail Becker, and Evan Kuhl, via email.

/s/ Alejandra L. López
Alejandra López
Assistant United States Attorney

4