Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-20031-BLOOM/ELFENBEIN

UNITED STATES OF AMERICA

v.

T.H., a minor,

Defendant.

_____/



FILED BY _____ D.C.

APR 03 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SEALED UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, T.H., by and through undersigned counsel, respectfully submits this unopposed motion to temporarily modify the conditions of his release and states in support the following.

On February 3, 2026, T.H. made his initial appearance on an information charging acts of juvenile delinquency, pursuant to 18 U.S.C. § 5032. On February 6, 2026, the Court held a detention hearing, pursuant to 18 U.S.C. § 5034. After hearing the testimony of FBI Special Agent Andrew Del Valle and the arguments of both parties, Magistrate Judge Torres entered a release order.

That order requires that T.H. be released to the custody and home of his uncle, Devon Ziske, who is serving as a third-party custodian. T.H. must reside in Mr. Ziske's home, under the supervision of an adult; the order further permits T.H. to leave the home at Mr. Ziske's discretion and in his custody. T.H. may not be alone with anyone under the age of 18, unless he is supervised by Mr. Ziske or another adult. While on release, T.H. is subject to GPS monitoring. Lastly, the release order

provides that T.H. must comply with the orders of the family court presiding over his parents' custody case and alert Pretrial Services to any modifications of the custody-sharing arrangements.

T.H. now requests a temporary modification of the release order to accommodate his uncle, Mr. Ziske's, anticipated travel from April 8-13, 2026, to attend a church retreat with his son. During the days of Mr. Ziske's planned travel, T.H. would continue to reside at Mr. Ziske's home, in the temporary custody of Mr. Ziske's wife, Sarah. T.H. would be permitted to accompany his father, Thomas Hudson, to work between the hours of approximately 6:00 am and 7:00 pm on April 8-10; the elder Mr. Hudson works as a supervisor for a landscaping company. During his time in his father's care, T.H. would not have contact with any minors. T.H.'s father would then return T.H. to the Ziske home in the evening. T.H. would remain at the Ziske home in Ms. Ziske's custody on April 11-13, when Mr. Ziske returns. All other conditions set forth in the current release order would remain unchanged.

Undersigned counsel has conferred with AUSA Alejandra Lopez regarding the relief requested herein; Ms. Lopez indicated that the government does not oppose the requested temporary modification.

Additionally, the parties specifically conferred regarding whether the proposed temporary modification to this Court's release order would be in compliance with the current custody-sharing arrangements. The parenting plan sanctioned in the Brevard County child custody case contemplates shared custody between T.H.'s parents. Since the events that gave rise to the charges in this case, however, T.H.'s

2

parents agreed in writing that T.H. would temporarily reside at Mr. Ziske's home with visits permitted to his father's residence; the family court was made aware of and ratified that agreement.

The parties believe that the requested temporary modification of the release order is consistent with the custody-sharing arrangements sanctioned by the family court. Should either party learn of any inconsistency with the custody plan or any relevant modification thereto, they will alert this Court to the same.

WHEREFORE T.H. respectfully requests this Court make a temporary modification to its release order, which would be in effect from April 8-13, 2026. The modification would permit T.H. to be in his father's care between 6:00 am and 7:00 pm on April 8, 9, and 10, allowing T.H. to accompany his father to his landscaping job on those days, and returning to the Ziske residence each evening, to the custody of Ms. Ziske. T.H. would further be permitted to remain at the Ziske home, in Ms. Ziske's custody on April 11-13. All other conditions of the release order shall remain unchanged.

Respectfully Submitted,

HECTOR A. DOPICO
Federal Public Defender

By:     ⟨signature⟩ for
Eric M. Cohen
Assistant Federal Public Defender
Florida Bar No.   328065
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Email: Eric_Cohen@fd.org

3

## CERTIFICATE OF SERVICE

I hereby certify that on **April 2, 2026**, the foregoing was e-mailed to:

**Alejandra L. Lopez**
Assistant U.S. Attorney
99 NE 4th Street
Miami, FL 33132
305-961-9241
Email: Alejandra.Lopez@usdoj.gov

By: _____
Eric M. Cohen