**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20031-BLOOM/ELFENBEIN(s)**

**UNITED STATES OF AMERICA**

**vs.**

**T.H., a minor,**

       **Defendant.**

_____/

**UNITED STATES OF AMERICA'S SECOND**
**RESPONSE TO THE STANDING DISCOVERY ORDER**

The United States hereby files this Second Response to the Standing Discovery Order, which details additional discovery productions since the first Response as follows:

1.  **Additional Discovery**

    a.  On March 20, 2026, the United States provided to the defense the following by hand delivery Bates Stamped "HUDSON_002176" through "HUDSON_003167," on one (1) flash drive, as detailed below:

        i.   Additional FBI Sentinel entries, serial nos. 72-86;

        ii.  Two videos from FBI serial no. 74;

        iii. Additional Carnival Cruise Documents;

        iv.  MDSO offense incident report from Dep. DeLeon;

        v.   Autopsy photographs and x-rays;

        vi.  Full Medical Examiner report with notes;

        vii. Timelines by SA Pittz;

  viii. Extraction of C.K. cell phone;

  ix. Four MDSO body cam videos;

  x. Excel spreadsheet table of contents for MDSO bodycam videos; and

  xi. FARO player, player files, and videos re: FBI serial 84.

A detailed index for each item, including Bates stamp numbers, and discovery letter is also attached to this response.

The materials provided today, as well as the content of this discovery letter and the accompanying index, are subject to the Court's Protective Order Authorizing and Regulating Disclosure of Sensitive Information in Discovery and should be treated accordingly. As such, pursuant to the Court's Protective Order, they have been marked as "CONFIDENTIAL."

The United States is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.  The United States reiterates its demand for reciprocal discovery.

    Respectfully submitted,

    JASON A. REDING QUIÑONES
    UNITED STATES ATTORNEY

 By: _/s/ Alejandra L. López_
    Alejandra L. López
    Assistant United States Attorney
    Florida Bar No. 37132
    99 Northeast 4th Street, 5th Floor
    Miami, Florida 33132-2111
    Tel: (305) 961-9241
    Email: Alejandra.Lopez@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2026, I conventionally filed the foregoing document with the Clerk of the Court using CM/ECF, and served the same via email on AFPD Eric Cohen, Abigail Becker, and Evan Kuhl, counsel for the defendant.

_/s/ Alejandra L. López_
Alejandra L. López
Assistant United States Attorney