**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20031-BLOOM/ELFENBEIN(s)**

**UNITED STATES OF AMERICA**

**vs.**

**T.H., a minor,**

      **Defendant.**

_____/

**UNITED STATES OF AMERICA'S THIRD**
**RESPONSE TO THE STANDING DISCOVERY ORDER**

The United States hereby files this Third Response to the Standing Discovery Order, which details additional discovery productions since the first Response as follows:

1. **Additional Discovery**

   a. On April 7, 2026, the United States provided to the defense the following by hand delivery Bates Stamped "HUDSON_003168" through "HUDSON_003174," via email, as detailed below:

      i. MDSO business record certification for CAD report;

      ii. MDSO CAD report; and

      iii. MDSO threat assessment report.

A detailed index for each item, including Bates stamp numbers, and discovery letter is also attached to this response.

The materials provided today, as well as the content of this discovery letter and the accompanying index, are subject to the Court's Protective Order Authorizing and Regulating

Disclosure of Sensitive Information in Discovery and should be treated accordingly. As such, pursuant to the Court's Protective Order, they have been marked as "CONFIDENTIAL."

The United States is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial. The United States reiterates its demand for reciprocal discovery.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/ *Alejandra L. López*
Alejandra L. López
Assistant United States Attorney
Florida Bar No. 37132
99 Northeast 4th Street, 5th Floor
Miami, Florida 33132-2111
Tel: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2026, I conventionally filed the foregoing document with the Clerk of the Court using CM/ECF, and served the same via email on AFPD Eric Cohen, Abigail Becker, and Evan Kuhl, counsel for the defendant.

/s/ *Alejandra L. López*
Alejandra L. López
Assistant United States Attorney

2