UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-20031-BLOOM

UNITED STATES OF AMERICA,

vs.

T. H.,

Defendant.
_____/

## DEFENDANT'S WAIVER OF APPEARANCE AT ARRAIGNMENT

The defendant, T.H., by and through undersigned counsel, pursuant to Rule 10 of the Federal Rules of Criminal Procedure, hereby files this waiver of appearance at arraignment and states the following:

1. Defendant has been charged by indictment in this case.
2. Defendant affirms that he has received a copy of the indictment.
3. Defendant is entering a plea of not guilty.
4. Defendant hereby waives his appearance at arraignment.

Respectfully Submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

/s/ Eric M. Cohen
Eric M. Cohen
Assistant Federal Public Defender
Florida Bar No. 328065
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Email: Eric_Cohen@fd.org

T_____H_____, Defendant