**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>26-CR-20031-BLOOM/ELFENBEIN</u>**

**UNITED STATES OF AMERICA**

    **vs.**

**T.H., a minor,**

      **Defendant.**

<u>                   </u>/

**<u>JOINT NOTICE REGARDING REDACTIONS OF [ECF NOS. 62, 72] THE
TRANSCRIPT OF THE JUVENILE DELINQUENCY ACT DETENTION HEARING</u>**

The United States of America, by and through the undersigned Assistant United States Attorney, and the Defendant, by and through the undersigned Assistant Federal Public Defenders, and in compliance with this Court's Order Finalizing Transfer to Adult Prosecution and Order Unsealing the Docket (ECF No. 54), hereby provide notice that neither party is requesting redactions of the transcript of the February 6, 2026 Juvenile Delinquency Act detention hearing (ECF Nos. 62, 72).

        Respectfully submitted,

        On Behalf of the United States:

        JASON A. REDING QUIÑONES
        UNITED STATES ATTORNEY

BY:   */s/ Alejandra L. López*
        Assistant United States Attorney
        Florida Bar No. 37132
        99 Northeast 4th Street

Miami, Florida   33132-2111
TEL (305) 961-9241
FAX (305) 530-7976
Email: Alejandra.Lopez@usdoj.gov


On Behalf of the Defendant:

HECTOR DOPICO
FEDERAL PUBLIC DEFENDER

BY:     */s/ Eric Cohen*_____
Eric Cohen
Assistant Federal Public Defender
Florida Bar No. 328065
150 West Flagler Street, Suite 1700
Miami, Florida   33130
TEL (305) 533-7000
FAX (305) 536-4559
Email: Eric_Cohen@fd.org

Abigail Becker
Assistant Federal Public Defender
Florida Bar No. 72284
150 West Flagler Street, Suite 1700
Miami, Florida   33130
TEL (305) 533-7000
FAX (305) 536-4559
Email: Abigail_Becker@fd.org

Evan Kuhl
Assistant Federal Public Defender
Florida Bar No. 1025143
150 West Flagler Street, Suite 1700
Miami, Florida   33130
TEL (305) 533-4194
FAX (305) 536-4559
Email: Evan_Kuhl@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 12, 2026, the foregoing document was electronically filed with the Clerk of the Court via CM/ECF, and which caused the same to be served on AFPDs Eric Cohen, Abigail Becker, Evan Kuhl, attorneys for the defendant, via CM/ECF.

<div style="margin-left:50%;">

*/s/ Alejandra L. López*     
Alejandra L. López
Assistant United States Attorney

</div>