**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20031-BLOOM/ELFENBIEN(s)**

**UNITED STATES OF AMERICA**

**v.**

**T.H., a minor,**

  **Defendant.**
_____ /

**UNITED STATES' INITIAL SPEEDY TRIAL REPORT**

The United States hereby files this Speedy Trial Report pursuant to Local Rule 88.5 and this Court's April 28, 2026 Order, (ECF No. 68), regarding the status of this case under the Speedy Trial Act of 1984, 18 U.S.C. § 3161 *et seq.*, and avers as follows:

**RELEVANT PROCEDURAL HISTORY**

1.      T.H. (the "Defendant"), who is 16 years old, was initially charged by Information, as required under the Juvenile Delinquency Act, 18 U.S.C. § 5031, *et seq*. ("JDA") (ECF No. 3). He surrendered himself to answer the charges contained in the Information on February 3, 2026. (ECF No. 5).

2.      On the date of his surrender, February 3, 2026, the magistrate court released the Defendant to the custody of a family member. (ECF No. 12). At a subsequent JDA detention hearing, the magistrate court allowed the Defendant to remain out of custody with his family

member. (ECF No. 24). He has remained out of custody.[1] As such, no speedy trial time elapsed under the JDA after his surrender.[2]

3.      The Government filed an unopposed motion to transfer this matter to adult status on February 24, 2026 (ECF No. 33). Accordingly, on February 26, 2026, this Court ordered this matter transferred to adult prosecution, and the record unsealed, once certain statutory requirements were met. (ECF No. 37). Those requirements were met on March 10, 2026. (ECF No. 42).

4.      On March 10, 2026, a federal grand jury in the Southern District of Florida issued a Superseding Indictment charging the Defendant with one (1) count of Murder in the First Degree, in violation of 18 U.S.C. § 1111(a) (Count 1), and one (1) count of Aggravated Sexual Abuse, in violation of 18 U.S.C. § 2241(a)(1) (Count 2). (ECF No. 40).

5.      Ultimately, on April 10, 2026, United States Magistrate Judge Edwin G. Torres ordered this matter's transfer to adult prosecution be finalized and unsealed the case, consistent with 18 U.S.C. §§ 5032 and 5038.

6.      The Defendant was arraigned on the Superseding Indictment on April 22, 2026 (ECF No. 67).   Therefore, as to the Defendant, the 70-day speedy trial clock started running on that date.[3]

---

[1] The Government has filed a motion requesting a review or revocation of the release order, which will be heard on May 27, 2026. (ECF Nos. 58, 76).

[2] *See* 18 U.S.C.§ 5036.

[3] *See* 18 U.S.C. § 3161(c)(1).

7.      On May 13, 2026, upon motion by the Defendant, this Court continued the trial in this matter to September 8, 2026, and excluded the time from May 13, 2026, until September 8, 2026, from computation pursuant to the Speedy Trial Act.[4]  (ECF No. 75).

## SPEEDY TRIAL REPORT

The United States submits that as of this writing, 21 non-excludable days have elapsed pursuant to the Speedy Trial Act.[5] The calculations contained herein are based on the date on which the Defendant was arraigned, which occurred on April 22, 2026.  *See* 18 U.S.C. § 3161(c)(1). This matter is currently scheduled for a trial to commence on September 8, 2026.

| | |
|---|---|
| Date of the Superseding Indictment: | March 10, 2026 |
| Date of the Defendant's arraignment on the Superseding Indictment: | April 22, 2026 |
| Total number of days elapsed as of the date of this report: | 21 |
| Number of days excluded from computation as a result of pre-trial motions: | 0 |
| Number of days excluded from computation as a result of a continuance, Court Order, and/or administrative orders, as of the filing of this report: | 6 |
| Number of days excluded from computation as a result of statute: | 0 |
| Total number of days excluded from speedy trial computation as of the filing of this report: | 6 |
| Non-excludable speedy trial days elapsed as of the date of this Report: | 21 |
| Last date upon which the Defendant can be tried: | October 27, 2026 |

---

[4] *Id.*

[5] 21 days elapsed from the date of the Defendant's arraignment, April 22, 2026, until the Court's first Order excluding time under the Speedy Trial Act on May 13, 2026, (ECF No. 75).

## CONCLUSION

WHEREFORE, the United States now respectfully submits this Speedy Trial Report.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY:     /s/ *Alejandra L. López*
Alejandra L. López
Assistant United States Attorney
Florida Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the same was served on counsel for the Defendant, AFPDs Eric Cohen, Abigail Becker, and Evan Kuhl, via CM/ECF.

/s/ *Alejandra L. López*
Alejandra López
Assistant United States Attorney

4