**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20031-BLOOM/ELFENBEIN (TORRES)**

**UNITED STATES OF AMERICA**

**vs.**

**T.H., a minor,**

      **Defendant.**

_____/

**MOTION TO SEAL**

The United States of America, by and through its undersigned attorney, comes now and respectfully requests that the Government's Notice of Filing of Newly Disclosed, Supplemental Information in Support of its Motion for Review and Revocation of Order of Release Pursuant to the Bail Reform Act, this motion, and any resulting Order, be SEALED until further order of the Court, and as required under Federal Rule of Criminal Procedure 49.1(d) and Southern District of Florida Local Rules 77.2(c)(3), it contains information regarding the performance of any examinations or tests, excepting the United States Attorney's Office and counsel for the Defendant. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Pursuant to Local Rule 88.9, counsel for the United States has conferred with counsel for the Defendant, AFPDs Eric Cohen and Abigail Becker, and they do not have an objection to this Motion to Seal.

                               Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY


By: /s/ Alejandra L. López
Alejandra L. López
Assistant United States Attorney
Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2026, I electronically filed the foregoing document with the Clerk of the Court, and served the same via email on AFPDs Eric Cohen, Abigail Becker, and Evan Kuhl, counsel for the Defendant.

/s/ Alejandra L. López
Alejandra L. López
Assistant United States Attorney