**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20031-BLOOM/ELFENBEIN (TORRES)**

**UNITED STATES OF AMERICA**

**vs.**

**T.H., a minor,**

      **Defendant.**

_____/

**SEALING ORDER**

THIS CAUSE is before the Court on the Government's Motion to Seal.   Being fully advised, it is hereby:

**ORDERED AND ADJUDGED** that the motion is GRANTED and the following be SEALED, with the exception that the documents listed below may be provided to the United States Attorney's Office and counsel for the Defendant:

1. Motion to Seal;
2. Government's Notice of Filing of Newly Disclosed, Supplemental Information in Support of its Motion for Review and Revocation of Order of Release Pursuant to the Bail Reform Act; and
3. This Order.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-listed documents shall remain sealed, and shall not be unsealed until further Order of the Court.

**DONE AND ORDERED** in chambers at Miami, Florida, this _____ day of June 2026.

_____
HONORABLE EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE