UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-20031-CR-BLOOM/ELFENBEIN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

T.H., a minor,

     Defendant.

_____/

## **MOTION TO SEAL**

Defendant T.H., a minor, hereby moves this Honorable Court to seal Defendant's Sealed Motion for Limited Reconsideration until the case has concluded. It should then be destroyed by the clerk.

     Respectfully Submitted,

     HECTOR A. DOPICO
     Federal Public Defender

By: _____
     Eric M. Cohen
     Assistant Federal Public Defender
     Florida Bar No.  328065
     150 W. Flagler Street, Suite 1700
     Miami, Florida 33130-1556
     Tel: (305) 530-7000
     Email: Eric_Cohen@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **June 11, 2026**, the foregoing was e-mailed to:

**Alejandra L. Lopez**
Assistant U.S. Attorney
99 NE 4th Street
Miami, FL 33132
305-961-9241
Email: Alejandra.Lopez@usdoj.gov

By: _____
          Eric M. Cohen