**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-CR-20031-BLOOM

UNITED STATES OF AMERICA,

v.

T.H., a minor,

*Defendant.*

_____/

### *SEALED SUPPLEMENTAL ORDER*

As a supplement to the Court's Sealed Order [D.E. 84] that granted the Government's motion for detention of Defendant, the Court amends the instructions in paragraph III.1 of the original Order and directs that Defendant's current custodian now deliver Defendant to the custody of the U.S. Marshal, through Supervisory Deputy U.S. Marshal Scott Capazola, Sam Gibbons United States Courthouse, Fourth Floor, 801 North Florida Avenue, Tampa, Florida, at 8:00 a.m., June 15, 2026. Deputy Marshal Capazola is prepared to take custody of the minor Defendant at that time.

All other provisions of the Court's June 10th Order remain in place.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of June, 2026.

/s   *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge