**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20031-BLOOM/ELFENBIEN(s)**

**UNITED STATES OF AMERICA**

**v.**

**T.H., a minor,**

      **Defendant.**

_____ /

## UNITED STATES' FIFTH SPEEDY TRIAL REPORT

The United States hereby files this Speedy Trial Report (the "Report") pursuant to Local Rule 88.5 and this Court's April 28, 2026 Order, (ECF No. 68), regarding the status of this case under the Speedy Trial Act of 1984, 18 U.S.C. § 3161 *et seq*., and avers as follows:

## RELEVANT PROCEDURAL HISTORY

Paragraphs 1 through 7 of the Government's May 19, 2026 Speedy Trial Act Report are herein incorporated and made part of this Report by reference. (ECF No. 76).

## SPEEDY TRIAL REPORT

The United States submits that as of this writing, 21 non-excludable days have elapsed pursuant to the Speedy Trial Act.[1] The calculations contained herein are based on the date on which the Defendant was arraigned, which occurred on April 22, 2026.  *See* 18 U.S.C. § 3161(c)(1). This matter is currently scheduled for a trial to commence on September 8, 2026.

Date of the Superseding Indictment:                                          March 10, 2026

---

[1] 21 days elapsed from the date of the Defendant's arraignment, April 22, 2026, until the Court's first Order excluding time under the Speedy Trial Act on May 13, 2026, (ECF No. 75).

Date of the Defendant's arraignment on
the Superseding Indictment:                                                    April 22, 2026

Total number of days elapsed as of the date of this report:                      111

Number of days excluded from computation as a result of pre-trial motions:          0

Number of days excluded from computation as a result of a continuance,
   Court Order, and/or administrative orders, as of the filing of this report:     90

Number of days excluded from computation as a result of statute:                    0

Total number of days excluded from speedy trial computation as of the
filing of this report:                                                            90

Non-excludable speedy trial days elapsed as of the date of this Report:            21

Last date upon which the Defendant can be tried:                        October 27, 2026

## **CONCLUSION**

WHEREFORE, the United States now respectfully submits this Speedy Trial Report.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY:    /s/ *Alejandra L. López*
       Alejandra L. López
       Assistant United States Attorney
       Florida Bar No. 37132
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Telephone: (305) 961-9241
       Email: Alejandra.Lopez@usdoj.gov

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the same was served on counsel for the Defendant, AFPDs Eric Cohen, Abigail Becker, and Evan Kuhl, via CM/ECF.

/s/ *Alejandra L. López*
Alejandra López
Assistant United States Attorney